NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTERNATIONAL CONTROLS AND MEASUREMENTS CORP.,**
*Appellant*

v.

**HONEYWELL INTERNATIONAL INC.,**
*Appellee*

---

2015-1724

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00219.

---

**JUDGMENT**

---

ALLEN W. HINDERAKER, Merchant & Gould P.C., Minneapolis, MN, argued for appellant. Also represented by RACHEL C. HUGHEY, TONG WU.

BRYAN J. VOGEL, Robins Kaplan LLP, New York, NY, argued for appellee. Also represented by MATTHEW L. WOODS, CYRUS ALCORN MORTON, PETER N. SURDO, Minneapolis, MN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, BRYSON, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| March 14, 2016 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |